**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 404 WAL 2019

         Respondent            :

                             :    Petition for Allowance of Appeal

                             :    from the Order of the Superior Court

         v.                      :

                             :

MATTHEW BRIAN WHITE,               :

                          :

         Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.